**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **WILLIAM F. RAMIREZ,** | : | **CIVIL NO. 3:18-CV-01353 (WWE)** |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **CITY OF NEW HAVEN** | : | |
| **Defendant.** | : | **JANUARY 28, 2019** |

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES AND COSTS**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff, WILLIAM F. RAMIREZ, and Defendant, CITY OF NEW HAVEN, hereby stipulate and agree that the above captioned action shall be dismissed with prejudice and without costs or attorney fees to any party.

| | |
|---|---|
| Willinger, Willinger & Bucci, P.C. | Littler Mendelson, P.C. |
| Attorneys for Plaintiff, | Attorneys for Defendant, |
| | |
| By:/s/ Thomas W. Bucci | By: /s/ Christopher Neary |
|      Thomas W. Bucci (ct07805) |      Christopher Neary |
| Willinger, Willinger & Bucci, P.C. | Littler Mendelson, P.C. |
| 855 Main Street | One Century Tower |
| Bridgeport, CT 06604 | 265 Church Street, Suite 300 |
| Tel: 203-366-3939 | New Haven, CT  06510 |
| Fax: 203-337-4588 | Tel: 203-430-8721 |
| Email: tbucci@wwblaw.com | Fax: 203-889-4817 |
| | Email: cneary@littler.com |
| | |
| Dated: January 28, 2019 | Dated: January 28, 2019 |

## Certificate of Service

I hereby certify that on January 28, 2019, a copy of foregoing *Stipulation of Dismissal* was filed electronically and served on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    THE PLAINTIFF – WILLIAM F. RAMIREZ

    By /s/Thomas W. Bucci
    Thomas W. Bucci
    Fed Bar # ct07805
    Attorney for Plaintiff
    WILLINGER, WILLINGER & BUCCI, P.C.
    855 Main Street
    Bridgeport, CT  06604
    Tel: 203-366-3939
    Fax: 203-337-4588
    Email: thomasbucci@earthlink.net